DILLINGHAM & MURPHY, LLP
DENNIS J. KELLY (SBN 191414)
DAVID P. ARMANINI (SBN 259422)
353 Sacramento Street, Suite 2000
San Francisco, California 94111
Telephone:   (415) 397-2700
Facsimile:    (415) 397-3300
djk@dillinghammurphy.com
dpa@dillinghammurphy.com

Attorneys for Defendant
INTERO REAL ESTATE SERVICES, INC.
AND DANIEL MOSKOWITZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| JOHN FUNG, and LYNETTE MASON<br><br>Plaintiff,<br><br>v.<br><br>PATRICE JOHNSON RAY a/k/a PATRICE JOHNSON, DANIEL MOSKOWITZ, INTERO REAL ESTATE SERVICE, INC., and DOES 1-10.<br><br>Defendants. | Case No. 5:15-CV-04871-HRL<br><br>AMENDED PROOF OF SERVICE ON NOTICE OF NEED FOR ADR PHONE CONFERENCE |

## AMENDED PROOF OF SERVICE

I am a citizen of the United States, and employed in the City and County of San Francisco. I am over the age of eighteen (18) years, and not a party to the within above-entitled action. My business address is 353 Sacramento Street, Suite 2000, San Francisco, California 94111. On January 5, 2016, I served the following on each party listed below:

- NOTICE OF NEED FOR ADR PHONE CONFERENCE

    __XX__ (BY MAIL) By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

Patrice Johnson Ray
7132 Via Carmela
San Jose, CA 95139

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on January 5, 2016, at San Francisco, California.

Cathy Grandison

Page 2 – Case No.5:15-CV-04871-HRL –
AMENDED PROOF OF SERVICE