UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOHN FUNG, et al.,

        Plaintiffs,

   v.

PATRICE JOHNSON RAY, et al.,

        Defendants.

Case No. 5:15-cv-04871-BLF

**CASE MANAGEMENT ORDER**

On March 24, 2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Amended Complaint due | 04/15/2016 |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 01/11/2018 at 9:00 am |
| Final Pretrial Conference | 03/01/2018 at 1:30 pm |
| Trial | 04/02/2018 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the parties are to meet, confer, and file a stipulated proposed schedule regarding dates and deadlines to trial by 04/25/2016.

Dated:  March 24, 2016

_____
BETH LABSON FREEMAN
United States District Judge