United States District Court<br>Northern District of California

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JOHN FUNG,<br>      Plaintiff,<br>    v.<br>PATRICE JOHNSON RAY,<br>      Defendant. | Case No. 15-cv-04871-BLF<br><br>**JUDGMENT** |

Having granted Plaintiff John Fung's ("Fung") Motion for Entry of Default Judgment against Defendant Patrice Johnson Ray a/k/a Patrice Johnson, it is HEREBY ORDERED that:

1. Default Judgment be entered in favor of Plaintiff John Fung and against Defendant Patrice Johnson Ray a/k/a Patrice Johnson in the amount of $40,700 in compensatory damages.

The Clerk is instructed to enter judgment in accordance with the above and close the file.

**IT IS SO ORDERED.**

Dated: January 16, 2018

_____
BETH LABSON FREEMAN
United States District Judge